| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **California Independent Petroleum Association** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **CIPA** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **95-3048726** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**1001 K Street, 6th Floor**<br>**Sacramento, CA 95814**<br>Number, Street, City, State & ZIP Code<br><br>**Sacramento**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.cipa.org** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor    **California Independent Petroleum Association**      Case number (*if known*) _____
Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ■ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. <br> ____ |

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **California Independent Petroleum Association**    Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?** *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
      Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **California Independent Petroleum Association**     Case number (*if known*) _____
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **California Independent Petroleum Association**   Case number (*if known*) _____
        Name

**Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/2/21
       MM / DD / YYYY

X _____   **Rock Zierman**
Signature of authorized representative of debtor    Printed name

Title **CEO**

**18. Signature of attorney**

X _____   Date 9/3/2021
Signature of attorney for debtor    MM / DD / YYYY

**Ian S. Landsberg 137431**
Printed name

**Sklar Kirsh LLP**
Firm name

**1880 Century Park East**
**Suite 300**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone **(310) 845-6416**   Email address **ilandsberg@sklarkirsh.com**

**137431 CA**
Bar number and State

# BOARD OF DIRECTORS AUTHORIZATION
# FOR
# California Independent Petroleum Association

The undersigned, being the Chief Executive Officer and member of the Executive Committee of the Board of Directors of California Independent Petroleum Association ("CIPA"), a nonprofit corporation, acting in accordance with the authority granted in the Bylaws of CIPA ("Bylaws") is executing this Board of Directors Authorization (this "Authorization") as of this 27th day of August, 2021:

**WHEREAS**, the Board of Directors of CIPA has determined that in order to provide a forum for the efficient reorganization and/or liquidation of the CIPA's assets in a manner that maximizes value for creditors and protects the interests of its stakeholders, it is in the best interest of CIPA, its creditors, members, employees and other interested parties for CIPA to file a voluntary petition for relief, under chapter 11 of title 11, United States Code (the "Bankruptcy Code") and that it would be advisable to seek to confirm a chapter 11 plan of reorganization under Subchapter V of the Bankruptcy Code; therefore, it is

**RESOLVED**, that CIPA be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Central District of California; and it is

**RESOLVED FURTHER**, that Rock Zierman is hereby authorized to act as the authorized representative of CIPA to:

    a. Execute and verify or certify on behalf of CIPA a petition under chapter 11 and to cause the same to be filed in an appropriate United States Bankruptcy Court at such time as the authorized officer executing the petition shall determine is appropriate; and

    b. Serve as the responsible officer in the chapter 11 case for CIPA; and

    c. Execute and file all petitions, schedules, lists, statements and other papers and to take any and all actions that any of the authorized officers deem necessary, proper or desirable in connection with the chapter 11 case for CIPA with a view toward the successful completion of the case or cases or to employ and designate appropriate officers to undertake such actions on behalf of CIPA; and

    d. Take all actions, including, without limitation, the retention of counsel, financial advisors, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as CIPA may have as a debtor or debtor in possession under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of CIPA, as in his/her judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED FURTHER,** that CIPA be, and hereby is, authorized to employ on a general retainer the law firm of Sklar Kirsh, LLP ("SK") or such other firm as may be appropriate, to represent CIPA as bankruptcy counsel in the chapter 11 case for CIPA; and it is

**IN WITNESS WHEREOF,** this Authorization is executed by the undersigned as of the day and year first set forth above.

California Independent Petroleum Association

By: _____
Name: Rock Zierman
Title: Chief Executive Officer

4838-5752-1657.2

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **California Independent Petroleum Association** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alston & Bird LLP**<br>One Atlantic CTR<br>1201 W. Peachtree Street<br>Atlanta, GA 30309 | | **Professional Services Fees** | | | | $68,073.84 |
| **Californians for Energy Independence**<br>2350 Kerner Blvd. Suite 250<br>San Rafael, CA 94901 | | **Services** | | | | $100,000.00 |
| **Caltronics**<br>10491 Old Placerville Rd. Suite 150<br>Sacramento, CA 95827 | | **Office Equipment Lease** | | | | $413.25 |
| **Center For Biological Diversity**<br>c/o Kassia Rhoades Siegel<br>1212 Broadway Ste 800<br>Oakland, CA 94612-1810 | | **Post-Judgment Attorneys' Fees Award (jointly with Youth for Environmental Justice and South Central Youth Leadership Coalition)** | | | | $1,224,603.60 |
| **CITY OF LOS ANGELES**<br>c/o Michael Feuer, City Attorney<br>City Hall East Rm 701<br>200 North Main Street<br>Los Angeles, CA 90012-4131 | | **Post-Judgment Attorneys' Fees Award (jointly with the L.A. Department of City Planning and Michael Logrande in his capacity as the Director of L.A. De** | | | | $1,032,750.00 |

Debtor **California Independent Petroleum Association**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | Deferred Employers P/R Tax | | | | $23,771.00 |
| Manatt, Phelps & Philips, LLC<br>11355 W. Olympic Blvd.<br>Los Angeles, CA 90064 | | Professional Services Fees | | | | $103,875.00 |
| Marriot The Westin Carlsbad Resort & Spa<br>5480 Grand Pacific Drive<br>Carlsbad, CA 92008 | | Event Services Contract | | | | $145,206.00 |
| Sacramento County Tax Collector<br>P.O. Box 508<br>Sacramento, CA 95812 | | Property Tax Bill | | | | $25,000.00 |
| South Central Youth Leadership Coalition<br>c/o Deepak Gupta, Esq.<br>Gupta Wessler PLLC<br>Washington, DC 20036 | | Post-Judgment Costs Award (jointly with Center for Biological Diversity and Youth for Environmental Justice) | | | | $8,642.46 |
| The Crossing at Carlsbad<br>5800 The Crossings Drive<br>Carlsbad, CA 92008 | | Event Services Contract | | | | $6,560.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of California

In re **California Independent Petroleum Association**　　Case No. _____

　　　　　　　　　　　　　　　Debtor(s)　　Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **50,000.00** |
   | Prior to the filing of this statement I have received | $ **51,738.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor　　☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor　　☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **More specifically identified in the engagement agreement, which will be subject to an application for Sklar Kirsh, LLP to be employed as general bankruptcy counsel**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **More specifically identified in the engagement agreement, which will be subject to an application for Sklar Kirsh, LLP to be employed as general bankruptcy counsel.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 3, 2021**<br>*Date* | **/s/ Ian S. Landsberg**<br>**Ian S. Landsberg 137431**<br>*Signature of Attorney*<br>**Sklar Kirsh LLP**<br>**1880 Century Park East**<br>**Suite 300**<br>**Los Angeles, CA 90067**<br>**(310) 845-6416　Fax: (310) 929-4469**<br>**ilandsberg@sklarkirsh.com**<br>*Name of law firm* |

---

11:25 AM

Accrual Basis

*California Independent Petroleum Association*

# Statement of Financial Income and Expense*
## August 1 through September 5, 2021

|  | Aug 1 - Sep 5, 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| A - Retention Dues | 359,875.00 |
| C - New Member Dues | 12,500.00 |
| D - Non-Dues Activity | 1,452.50 |
| **Total Income** | 373,827.50 |
| **Gross Profit** | 373,827.50 |
| **Expense** | |
| A - Building Costs | 5,343.97 |
| A1 - Administrative Services | 2,387.40 |
| A2 - Business Fees & Insurance | 2,078.00 |
| B - Wages | 169,080.01 |
| B a - Employee Retention Credit | (27,004.44) |
| B1 - Payroll Expenses & Benefit | 25,154.18 |
| C - Professional Services | 102,876.00 |
| D - Meetings | 11,220.64 |
| F - Membership Communications | 1,459.13 |
| G - Special Services | 35,191.27 |
| U - Office Building Principal | 6,690.68 |
| **Total Expense** | 334,476.84 |
| **Net Ordinary Income** | 39,350.66 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income - Rental | 11,190.00 |
| **Total Other Income** | 11,190.00 |
| **Other Expense** | |
| Other Expense - Rental | 5,532.36 |
| **Total Other Expense** | 5,532.36 |
| **Net Other Income** | 5,657.64 |
| **Net Income** | **45,008.30** |

* CIPA'S fiscal year is from August to July.

*California Independent Petroleum Association*
# Statement of Financial Position Summary
## As of 9/05/2021

|  | Sep 5, 21 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | 136,325 |
|     Accounts Receivable | 435,293 |
|   Total Current Assets | 571,618 |
|   Fixed Assets | 1,525,738 |
| **TOTAL ASSETS** | **2,097,356** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | 271,949 |
|       Other Current Liabilities | 23,741 |
|     Total Current Liabilities | 295,690 |
|     Long Term Liabilities | 898,380 |
|   Total Liabilities | 1,194,070 |
|   Equity | 903,286 |
| **TOTAL LIABILITIES & EQUITY** | **2,097,356** |

*California Independent Petroleum Association*
# Statement of Cash Flows
### August 1, 2021 hrough 9/05/2021

|  | Aug 1 - Sep 5, 21 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
|   Net Income | 45,008 |
|   Adjustments to reconcile Net Income |  |
|   to net cash provided by operations: |  |
|     Accounts Receivable | (251,752) |
|     Prepaid Travel | 800 |
|     Accounts Payable | 145 |
|     Payroll Liabilities:401(k):Company | (30) |
|     Accrued Vacation | (67,689) |
| **Net cash provided by Operating Activities** | (273,518) |
| **FINANCING ACTIVITIES** |  |
|   Deferred Income/Exp-Basin Plan | (9,372) |
|   Deferred Rev/Exp-AM10+:Deferred Rev/Exp-AM22 (1099-MIS | 1,988 |
|   Deferred Rev/Exp. Brd. Mtg. | 1,000 |
|   YE Audit Journal Entries | 20,000 |
| **Net cash provided by Financing Activities** | 13,616 |
| **Net cash increase for period** | (259,903) |
| **Cash at beginning of period** | 396,227 |
| **Cash at end of period** | **136,325** |