**2 PAGES**
PAUL J. PASCUZZI, State Bar No. 148810
NICHOLAS L. KOHLMEYER, State Bar No. 299087
FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail:  ppascuzzi@ffwplaw.com
　　　　 nkohlmeyer@ffwplaw.com

ADAM B. WOLF, State Bar No. 215914
PEIFFER WOLF CARR KANE & CONWAY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:  (415) 766-3544
e-mail:  awolf@peifferwolf.com

Attorneys for Center for Biological Diversity, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re: | Case No.: 21-23169-B-11 |
|---|---|
| California Independent Petroleum Association, | Chapter 11 |
| Debtor. | FWP-1 |

**ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the stipulation ("Stipulation") of the Center for Biological Diversity, Inc. ("CBD") and the California Independent Petroleum Association ("Debtor"), and good cause appearing therefor:

**IT IS SO ORDERED** that:

A.　　The Stipulation is approved ex parte.

B.　　The stay of 11 U.S.C. § 362(a) is lifted as to all parties to the litigation entitled *King and Gardiner Farms v. Kern County* Case No. BCV-15-101645-GP, consolidated with Kern County Case Nos. BCV-15-101666, BCV-15-101679, BCV-21-100533, and BCV-21-100536

RECEIVED
November 02, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0007033035

(collectively "State Court Action"), filed in the Superior Court of the State of California, County of Kern, solely for the purpose of continued prosecution of the State Court Action by all parties thereto.

　　　　C.　　The fourteen (14) day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

**Approved as to Form:**

SKLAR KIRSH, LLP

By: _____
Ian S. Landsberg
Attorneys for Debtor California Independent
Petroleum Association

Dated: November 03, 2021

_____
Christopher D. Jaime, Judge
United States Bankruptcy Court

-2-　　Order Approving Stipulation for Relief from the Automatic