1    Total Pages: **2**
       CARL L. GRUMER (State Bar No. 066045)
2    E-mail: cgrumer@manatt.com
       MANATT, PHELPS & PHILLIPS, LLP
3    2049 Century Park East, Suite 1700
       Los Angeles, California 90067
4    Telephone:    (310) 312-4000
       Facsimile:     (310) 312-4224

5

6    *Special Counsel for the Debtor-in-Possession*
       CALIFORNIA INDEPENDENT PETROLEUM
       ASSOCIATION

7

8                UNITED STATES BANKRUPTCY COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                SACRAMENTO DIVISION

11

| | |
|---|---|
| 12   In re | Case No. 21-23169 B-11 |
| 13   CALIFORNIA INDEPENDENT | **DCN MPP-1** |
|      PETROLEUM ASSOCIATION, | Chapter 11 Subchapter V |
| 14 | |
| 15        Debtor and Debtor-in-Possession | DECLARATION OF ROCK ZIERMAN IN SUPPORT OF FIRST INTERIM APPLICATION OF MANATT, PHELPS & PHILLIPS, LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION |
| 16 | |
| 17 | |
| 18 | Date: May 3, 2022 |
| 19 | Time: 2:00 p.m. |
| | Judge: Hon. Christopher D. Jaime |

20

21        I, Rock Zierman, declare:

22        1.      I am the Chief Executive Officer of the California Independent Petroleum

23   Association, Debtor herein.

24        2.      I have read the First Interim Application of Manatt, Phelps & Phillips, LLP

25   for Allowance and Payment of Compensation and Reimbursement of Expenses for the

26   Period September 5, 2021 through January 31, 2022, and I know its contents. I approve

27   the allowance of the amounts requested in that Application.

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

400925808.1

DECL. OF ZIERMAN ISO APPLICATION OF
MANATT, PHELPS & PHILLIPS FOR ALLOWANCE
AND PAYMENT OF COMPENSATION
21-23169 B-11

1       I declare under penalty of perjury under the laws of the United States of America

2   that the foregoing is true and correct.

3

4   Dated April 5, 2022.                   _____

5                                 Rock Zierman, Declarant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Los Angeles

400925808.1

- 2 -