**Pages: 3**
**SKLAR KIRSH, LLP**
Ian S. Landsberg (SBN 137431)
ilandsberg@sklarkirsh.com
1880 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 845-6416
Facsimile: (310) 929-4469

Attorney for Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

#### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION,<br><br>Debtor and Debtor-in-Possession | Case No. 21-23169–B–11<br><br>Chapter 11<br><br>**DCN  SK-17**<br><br>Chapter 11-Subchapter V |

**Hearing:**
Date:     May 3, 2022
Time:     2:00 PM
Ctrm:     32 Dept. B
              501 I Street, 6th Floor
              Sacramento, CA 95814

**DECLARATION OF ROCK ZIERMAN IN SUPPORT OF FIRST INTERIM APPLICATION BY GENERAL BANKRUPTCY COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 6, 2021 THROUGH JANUARY 31, 2022**

I, Rock Zierman, declare as follows:

1.      I am an individual over the age of 18 and the Chief Executive Officer of California

Independent Petroleum Association ("CIPA" or "Debtor"), the Debtor and Debtor in Possession in

SKLAR KIRSH, LLP
ATTORNEYS AT LAW

the above captioned bankruptcy case. I have personal knowledge of the matters discussed below, and if called as a witness I could and would competently testify thereto.

2.    Due to the Debtor being a non-for-profit organization and the complex litigation history which lead CIPA to file for bankruptcy, the Debtor required sophisticated legal counsel that could properly handle and resolve the various issues unique to CIPA.

3.    The Debtor selected Sklar Kirsh, LLP ("Sklar Kirsh") based on Sklar Kirsh professionals' background, skill set, reputation for providing excellent legal services, and experience representing Subchapter V debtors and other complex restructuring matters. Sklar Kirsh has worked tirelessly to ensure the Debtor has been able to operate its business throughout the bankruptcy process and has worked diligently to try to confirm a plan of reorganization.

4.    I have reviewed Sklar Kirsh's First Interim Application for Compensation and Reimbursement of Expenses for the period of September 6, 2021 through January 31, 2022 ("Application").

5.    As a result of my review of the Application and my active participation in the administration of this case, I am convinced that the services rendered by Sklar Kirsh on behalf of the estate were necessary for the benefit of the Debtor's bankruptcy estate as well as efficiently performed.

6.    Furthermore, the services provided by Sklar Kirsh before the effective date of its employment was critical in Debtor's ongoing efforts to reorganize. If Sklar Kirsh did not provide these services prior to their employment, it could have had a dramatic negative impact on Debtor's reorganization efforts and its operations. Accordingly, I do not oppose, and in fact support the Application.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1       I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct.

3       Executed this __5__ day of __April__, 2022 at Sacramento, California.

4

5

6   DATED:

7

8

9                     By: _____

10                        Rock Zierman

                      Chief Executive Officer of California Independent

11                        Petroleum Association

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28