**3 PAGES**
PAUL J. PASCUZZI, State Bar No. 148810
NICHOLAS L. KOHLMEYER, State Bar No. 299087
FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: ppascuzzi@ffwplaw.com
       nkohlmeyer@ffwplaw.com

ADAM B. WOLF, State Bar No. 215914
PEIFFER WOLF CARR KANE & CONWAY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3544
e-mail: awolf@peifferwolf.com

Attorneys for Center for Biological Diversity, Inc.,
Youth for Environmental Justice and South Central
Youth Leadership Coalition

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>California Independent Petroleum Association,<br><br>         Debtor. | Case No.: 21-23169-B-11<br>Chapter 11<br>DCN: SK-17<br><br>Date: May 31, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 32, Dept. B<br>    501 I Street, 6th Floor<br>    Sacramento, CA 95814 |

**NONPROFIT CREDITORS' RESERVATION OF RIGHTS AS TO FIRST INTERIM FEE APPLICATION OF SKLAR KIRSH, LLP, DEBTOR'S GENERAL BANKRUPTCY COUNSEL, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 6, 2021 THROUGH JANAURY 31, 2022**

Creditors Youth for Environmental Justice, South Central Youth Leadership Coalition, and Center for Biological Diversity, Inc. (collectively, "Nonprofit Creditors") hereby file their reservation of rights to the First Interim Fee Application of Sklar Kirsh, LLP, Debtor's General

-1-

Bankruptcy Counsel, for Compensation and Reimbursement of Expenses for the Period September 6, 2021 through January 31, 2022 ("Sklar Kirsh Fee App") based upon the following:

1. The Nonprofit Creditors and the City of Los Angeles, on the one hand, and the Debtor on the other, have been negotiating in good faith over the treatment of general unsecured creditors in the Debtor's Plan of Reorganization (Subchapter V) filed at Docket No. 182 (the "Plan").

2. The parties believe they have reached agreement regarding the chapter 11 plan treatment for general unsecured creditors, subject to review and approval of revisions to the Plan to be made by the Debtor incorporating the agreement and confirmation of the plan as modified.

3. The Debtor filed several first interim fee applications, including the Sklar Kirsh Fee App, seeking approval on an interim basis of over $530,000 in professional fees incurred over five months. *See*, Dkt. Nos. 196, 200, 205, and 210.

4. Given the current status of the negotiations and relying on the good faith of the parties to reach and complete an agreement regarding the Plan, the Nonprofit Creditors reserve the right to oppose the Sklar Kirsh Fee App at the final approval stage in the event an agreement between the parties is not reached, finalized, approved and implemented. The Nonprofit Creditors have made the decision not to presently object to the interim fee requests, and to reserve objections for the final fee hearings or another later appropriate time, because given the status of negotiations, such a course is in the interests of efficiency and something that would preserve estate assets. *See In re Four Star Terminals, Inc.*, 42 B.R. 419, 439 (Bankr. Dist. of Alaska 1984) (finding that "[i]nterim fee awards may be adjusted by the court in making a final award."); *see also In re Callister,* 673 F.2d 305, 306-307 (10th Cir. 1982) ("Interim allowances are always subject to the court's re-examination and adjustment during the course of the case, and all expenses of

//
//
//
//
//

administration must receive the court's final scrutiny and approval." citing 2 *Collier on Bankruptcy* P 331.03 (15th ed. 1981)).

Dated: May 10, 2022

                          FELDERSTEIN FITZGERALD
                          WILLOUGHBY PASCUZZI & RIOS LLP

                          PEIFFER WOLF CARR KANE & CONWAY, LLP

                          By: */s/ Paul J. Pascuzzi*
                          Paul J. Pascuzzi
                          Attorneys for Center for Biological Diversity, Inc., Youth for Environmental Justice and South Central Youth Leadership Coalition