**TOTAL PAGES: 2**
**MANATT, PHELPS & PHILLIPS, LLP**
CARL L. GRUMER (Bar No. CA 066045)
E-mail: cgrumer@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Special Counsel for Debtor-in-Possession
CALIFORNIA INDEPENDENT
PETROLEUM ASSOCIATION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re<br><br>CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION,<br><br>    Debtor and Debtor-In-Possession | Case No. 21-23169 B-11<br><br>DCN MPP-2<br><br>Chapter 11 – Subchapter V<br><br>Date: November 29, 2022<br>Time: 2:00 p.m.<br>Judge: Hon. Christopher D. Jamie<br>Ctrm: 32, Dept. B |

**SUPPLEMENTARY DECLARATION OF CARL L. GRUMER**
**IN SUPPORT OF SECOND INTERIM AND FINAL FEE APPLICATION**
**OF MANATT, PHELPS & PHILLIPS, LLP**

I, Carl L. Grumer declare:

1. I am an attorney at law, duly authorized and licensed to practice before all of the courts of the State of California, and before this Court, and I am a partner in the law firm of Manatt, Phelps & Phillips, LLP, Special Counsel for the Debtor-

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

401816510.1

GRUMER DECLARATION ISO REPLY OF MANATT PHELPS & PHILLIPS TO FINAL FEE APPLICATION
CASE NO. 21-23169 B-11

in-Possession herein.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could testify competently thereto.

2. Attached hereto as Exhibit G is a listing of the time entries for Carl L. Grumer in this case.  These are the time entries for the billings which are designated as "Bankruptcy Related" in Exhibit B (Dkt. 353) to the Second Interim and Final Application of Manatt, Phelps & Phillips, LLP for Allowance and Payment of Compensation and Reimbursement of Expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  November 22, 2022                    MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Carl L. Grumer
Carl L. Grumer
Special Counsel for Debtor-in-Possession
CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION

401816510.1

- 2 -

GRUMER DECLARATION ISO REPLY OF MANATT PHELPS & PHILLIPS TO FINAL FEE APPLICATION
CASE NO. 21-23169 B-11

Manatt, Phelps & Phillips, LLP
Attorneys at Law
Los Angeles