**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** California Independent Petroleum Association

**Case No.:** 21-23169 - B - 11

**Docket Control No.** MPP-2

**Date:** 12/13/2022
**Time:** 9:30 AM

**Matter:** [351] - Motion/Application for Compensation [MPP-2] by the Law Office of Manatt, Phelps & Phillips, LLP for Carl Grumer, Special Counsel(s) Filed by Special Counsel Carl Grumer (jlns)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

HEARING/MOTION CONTINUED TO 1/10/2023 at 11:00 AM at Sacramento Courtroom 32, Department B, by Chambers Order filed 12/6/22, dkt. 268. No appearance at the hearing was required.